AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN　　　　　　DISTRICT OF　　　　　　CALIFORNIA

UNITED STATES OF AMERICA,
　　　　　Plaintiff,
　　v.
JUAN SANTIAGO-DOMINGUEZ,
　　　　　Defendant.

**APPEARANCE**

Case Number: 08MJ0744

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel in this case for
　　JUAN SANTIAGO-DOMINGUEZ

　　I certify that I am admitted to practice in this court.

3/11/2008
Date

/s/ SHAFFY MOEEL
Signature

Shaffy Moeel / Federal Defenders of SD　　　238732
Print Name　　　　　　　　　　　　　　　　Bar Number

225 Broadway, Suite 900
Address

San Diego, CA  92101
City　　　State　　　Zip Code

(619) 234-8467　　　(619) 687-2666
Phone Number　　　Fax Number

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: March 11, 2008                                          _____/s/ Shaffy Moeel_____
                                                                                    SHAFFY MOEEL
                                                                                    Federal Defenders of San Diego, Inc.
                                                                                    225 Broadway, Suite 900
                                                                                    San Diego, CA 92101-5030
                                                                                    (619) 234-8467  (tel)
                                                                                    (619) 687-2666  (fax)
                                                                                    e-mail: Shaffy_Moeel@fd.org